TOMMIE YEAGER *v.* WILLIAM YEAGER
(7598)

SPALLONE, DALY and NORCOTT, Js.

Argued January 2—decision released January 10, 1990

*William H. Cashman,* for the appellant (defendant).
*Shirley V. Hoogstra,* for the appellee (plaintiff).

PER CURIAM. There is no error.